

~~SEALED~~
UNSEALED 11/4/15

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: '15 MJ 3174 |
| Plaintiff, | COMPLAINT FOR VIOLATION OF: |
| vs. | 18 U.S.C. Section 555(d) (Conspiracy-Border Tunnels and Passages) |
| Juan Alday, | |
| Defendant. | UNDER SEAL |

The undersigned complainant being duly sworn states:

## COUNT ONE

Beginning on a date unknown and continuing to October 21, 2015, within the Southern District of California, and elsewhere, defendant Juan Alday did knowingly and intentionally conspire with each other and others to use a cross-border tunnel located at 2587 Otay Center Drive, San Diego, California 92154, that crossed the international border between the United States and Mexico, which was not an authorized tunnel or passage known by the Secretary of Homeland Security and subject to inspection by Immigration and Customs Enforcement to smuggle a controlled substance, to wit; approximately 3,000 kilograms of Marijuana, a Schedule I Controlled Substance; in violation of Title 18, United States Code, Section 555(d).

And the complainant states that this complaint is based on the attached Probable Cause Affidavit, which is incorporated herein by reference.

Brian Ficucell, Special Agent
Homeland Security Investigations

Sworn to before me and subscribed in my presence, this 23rd day of October, 2015.

Hon. David H. Bartick
United States Magistrate Judge

Page 1

# PROBABLE CAUSE AFFIDAVIT

I, Brian Ficucell (HSI Special Agent), declare under penalty of perjury the following is true and correct:

Beginning in May of 2015, Homeland Security Investigations conducted an undercover operation wherein they introduced an undercover agent (UC-1) to Isaias Enriquez-Acosta, (ENRIQUEZ)(charged as a defendant in the Southern District of California in case 15MJ3133). Over the course of several months and several recorded conversations, ENRIQUEZ arranged with UC-1 that UC-1 would provide a warehouse (UC Warehouse) and drivers to move stuff, which UC-1 understood to mean drugs, from a first warehouse, subsequently identified as 2587 Otay Center Drive, San Diego, California 92154 (Otay Center Warehouse), to the UC Warehouse for $10,000 a load, in a Box Truck provided by ENRIQUEZ (Box Truck). In one conversation on September 28, 2015, ENRIQUEZ told UC-1 to make sure that UC-1's drivers keep their mouths shut if anything happened so that the Otay Center Warehouse would not get compromised because it was the "root".

## Conversations Between UC-1 And Juan ALDAY

On August 5, 2015, ENRIQUEZ meet with UC-1 at a restaurant in El Cajon, California. During the meeting, ENRIQUEZ took a phone call and told UC-1 that he was talking to "Juan" and told UC-1 to write down Juan's phone number, xxx-xxx-1680. ENRIQUEZ told UC-1 that Juan would be in charge of obtaining the insurance for the vehicle, which UC-1 understood to mean the Box Truck that would be transporting drugs from the Otay Center Warehouse to the UC Warehouse.

On August 7, 2015, UC-1 sent two text messages containing photographs of two driver's licenses for individuals who would be driving the Box Truck to Juan at xxx-xxx-1680. Approximately 20 minutes later, Juan texted UC-1 back stating in substance that Juan was going to see about the insurance.

On October 6, 2015, UC-1 met with ENRIQUEZ to discuss taking the Box Truck to Ramona, California to be painted. ENRIQUEZ provided UC-1 with Juan's phone number again, xxx-xxx-1680, and told UC-1 that Juan was in charge of the warehouse.

On October 7, 2015, UC-1 called Juan at number xxx-xxx-1680 and told Juan that he was picking up the Box Truck to take it to Ramona the next morning. Juan told UC-1 to pick-up the Box Truck at the warehouse and UC-1 stated that he

did not know where the warehouse was. Juan told UC-1 to call ENRQIUEZ to arrange where to meet. UC-1 subsequently coordinated with ENRIQUEZ's associate, Isidro Silva-Acosta, aka "Junior" (SILVA)(charged as a defendant in the Southern District of California in case 15MJ3133) to pick up the Box Truck.

On October 8, 2015, Juan texted UC-1 to notify him that Juan would not be at the warehouse but that, "you know I will support you in any decision". UC-1 responded that it was okay.

On October 9, 2015, a cell phone tracking warrant for phone number xxx-xxx-1680 was signed by the Honorable William V. Gallo, United States Magistrate Judge in case number, 15MC1243. Between October 13 and October 17, 2015, the cell phone tracking data indicated that the user of xxx-xxx-1680 was in New York City, New York. Between October 9, 2015 and October 21, 2015, the cell phone tracking date indicated that the user of xxx-xxx-1680 was in the Otay Mesa, California area on multiple different dates.

On October 22, 2015, agents interviewed the property manager for the 6754, Calle De Linea, Suite 100, San Diego, California 92154 (Calle De Linea Warehouse). The property manager confirmed to agents that the Calle De Linea Warehouse was leased by Juan ALDAY. The property manager stated that he had called Juan ALDAY on October 15, 2015, to inquire about the rent for the Calle De Linea Warehouse. Juan ALDAY told the property manager that he was in New York and asked if he could deposit the rent money in the property manager's account from New York. Later that day ALDAY sent the property manager a receipt for the amount of rent deposited into the property managers account.

Based upon the discussions between the user of xxx-xxx-1680 and UC-1, and the locations tracked by the user of xxx-xxx-1680, I believe that there is probable cause that the user of xxx-xxx-1680 is Juan ALDAY.

<u>Tunnel Found at Otay Center Warehouse Leased by ALDAY</u>

During the course of the investigation, agents learned the Juan ALDAY signed a lease for the Otay Center Warehouse on March 16, 2015, and has been paying approximately $4,000 a month. Since May of 2015, agents have been conducting surveillance of the Otay Center Warehouse and have noticed little business activity at the premises. Agents have observed ALDAY or rental cars registered to ALDAY at the Otay Center Warehouse on multiple occasions during the period of surveillance.

On October 21, 2015, at approximately 7:12 a.m., UC-1 and UC-2 arrived at the Otay Center Warehouse and picked up the Box Truck from SILVA outside the Otay Center Warehouse. UC-1 and UC-2 then drove the Box Truck to the UC Warehouse where they unloaded 13 large boxes that were in the back of the Box Truck into the UC Warehouse. The 13 boxes contained 249 packages of a green leafy substance that smelled like marijuana and that later field tested positive for marijuana with a weight of approximately 1,500 kilograms.

On October 21, 2015, at approximately 11:15 a.m., UC-1 met with ENRIQUEZ and SILVA at a restaurant in San Diego, California. During this meeting, ENRIQUEZ and SILVA arranged with UC-1 to move another load from the Otay Center Warehouse to the UC Warehouse. ENRIQUEZ and SILVA discussed logistics for moving loads with UC-1, including obtaining bigger boxes in order to move more per trip, and provided UC-1 with $500 to purchase more boxes so that more could be moved on the next trip.

On October 21, 2015, between 5:00 p.m. and 6:00 p.m., both ENRIQUEZ and SILVA were arrested. SILVA was arrested at the Otay Center Warehouse as agents were entering the premises to execute a search warrant for the Otay Center Warehouse issued by the Honorable David H. Bartick, United States Magistrate Judge, in case 15MJ3199.

On October 21, 2015, during the execution of the search warrant agents discovered in a front room of the Otay Center Warehouse, a hole in the floor about 3-feet in diameter which led to a shaft descending approximately 32 feet straight down into the ground. The shaft connected to an underground tunnel leading towards the U.S.-Mexico border. Agents saw plastic-wrapped marijuana bundles stacked inside the tunnel which were later recovered and field tested positive for marijuana with a weight of 1,987 kilograms.

At approximately 6:10 p.m., SILVA was read his Miranda rights and voluntarily waived his Miranda rights. SILVA stated that he was hired by "Juan", whom he subsequently identified as Juan ALDAY in a six-pack photographic line-up, to work at both the Otay Center Warehouse and the Calle De Linea Warehouse. SILVA stated that ALDAY gave him the keys to both warehouses and paid him $400-500 a week to complete various chores. SILVA stated that nobody was ever at the Calle De Linea Warehouse. When questioned about the possibility of a tunnel being found at the Calle De Linea Warehouse, SILVA opinioned that it was possible. SILVA stated that he had taken heavy white buckets from the Calle De Linea Warehouse to Alday's Storage Units at 2098 Harvest Road, San Diego, CA

92154 (ALDAY's Storage Units), which is the same storage facility where he had taken the white buckets from the Otay Center Warehouse.

Tunnel Shaft Found At Calle De Linea Warehouse Leased By ALDAY

Agents also learned that ALDAY leased a warehouse on Calle De Linea beginning on August 20, 2014, and has been paying approximately $4,200 a month in rent, with a $12,000 security deposit. Since October of 2014, agents have been conducting surveillance of the Calle De Linea Warehouse and have noticed little business activity at the premises. Agents have observed ALDAY or rental cars registered to ALDAY at the Calle De Linea Warehouse on multiple occasions during the period of surveillance.

On October 22, 2015, agents executed a search warrant at the Calle De Linea Warehouse, issued by the Honorable David H. Bartick, United States Magistrate Judge, in case 15MJ3146. Inside the Calle De Linea Warehouse, agents discovered a shaft with an approximately 3-foot diameter opening and dug approximately 15 feet deep vertically into the ground and covered by a concrete lid and carpeting. This shaft is very similar to the shaft found at the Otay Mesa Warehouse. The shaft did not connect to a tunnel traveling horizontally and appeared not have been recently worked on. Also inside the Calle De Linea Warehouse agents found tools associated with digging including a metal auger found inside the shaft.

Tunnel Evidence at ALDAY'S Storage Facility

Agents have also learned that ALDAY is leasing two separate storage units located at 2098 Harvest Road, San Diego, CA 92154 (ALDAY's Storage Units). ALDAY has been renting unit B153 since September 2, 2015, for $150.50 a month and unit F1306 since at least October of 2015 for $569.00 a month. On October 23, 2015, agents interviewed the property manager for Alday's Storage Units. The property manager identified Juan Alday and stated that he had seen him at the storage units frequently, most recently between October 12, 2015 and October 16, 2015.

On or about October 6, 2015, ENRIQUEZ and UC-1 made arrangements for UC-1 to drive the Box Truck to a ranch in Ramona, California so that it could be painted. On October 8, 2015, UC-1 met ENRIQUEZ's associate, Isidro SILVA-Acosta (SILVA), at a storage unit facility near the border in Otay Mesa to pick up the Box Truck and drive it to the ranch. While at the storage facility, UC-1 and UC-2 assisted SILVA in loading pallets of five gallon buckets into the Box Truck from unit B153 at Alday's Storage Units. UC-1 and UC-2 noticed that several of the white buckets had dirt on the outside of them and looked in one of the buckets

and saw that it was filled with dirt. Previously, on September 14, 2015, agents observed SILVA moving similar white buckets from the Otay Center Warehouse to ALDAY's Storage Units.

Based upon the aforementioned facts, I believe that there exists probable cause to believe that beginning on a date unknown and continuing to October 21, 2015, within the Southern District of California, and elsewhere, defendant Juan Alday did knowingly and intentionally conspire with others to use a cross-border tunnel located at 2587 Otay Center Drive, San Diego, California 92154, that crossed the international border between the United States and Mexico, which was not an authorized tunnel or passage known by the Secretary of Homeland Security and subject to inspection by Immigration and Customs Enforcement to smuggle a controlled substance, to wit; approximately 3,000 kilograms of Marijuana, a Schedule I Controlled Substance; in violation of Title 18, United States Code, Section 555(d).

_____

Brian Ficucell, Special Agent

Homeland Security Investigations

Sworn and Subscribed to before me

This 23nd day of October 2015.

_____

Hon. David H. Bartick, United States Magistrate Judge